IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OHIO
EASTERN DIVISION

PFG VENTURES, L.P.,                           )   CASE NO. 1:21-cv-02205-JPC
                                              )
                    Plaintiff,                )   JUDGE J. PHILIP CALABRESE
                                              )
          v.                                  )
                                              )
BKEN, INC. et al.,                            )
                                              )
                    Defendants.               )
_____      )
PFG VENTURES, L.P.,                           )   CASE NO. 1:22-cv-01177-JPC
                                              )
                    Plaintiff,                )   JUDGE J. PHILIP CALABRESE
                                              )
          v.                                  )
                                              )
BRANDON C. KENNEDY, ET AL.,                   )
                                              )
                    Defendants.               )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Plaintiff, PFG Ventures, L.P., to admit Attorney James M. Susag *pro hac vice* is granted.

IT IS HEREBY ORDERED that James M. Susag, is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Northern District of Ohio. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____          _____
Date                                 JUDGE J. PHILIP CALABRESE
                                     UNITED STATES DISTRICT JUDGE